BESSE A. LaMONTAGNE, Respondent, *v.* WILLIAM A. LaMONTAGNE, Appellant.

(Argued March 14, 1934; decided April 17, 1934.)

*Herbert W. Hall* for appellant.

*Harry Bijur* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.